UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:10-CR-449 (CEJ) |
| ) | |
| MARK EDWIN SHORES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Terry I. Adelman for determination and recommended disposition, where appropriate. On April 25, 2011, Judge Adelman issued a Report and Recommendation concerning the defendant's motions to suppress evidence and statements. On May 2, 2011, Judge Adelman issued a Memorandum, Order and Recommendation with respect to the defendant's motion to compel disclosure of a confidential informant and motion to dismiss Count VI of the indictment.

Section 636(b)(1) requires a district judge to make a *de novo* determination of the "those portions of the report or specified proposed findings and recommendations [of a magistrate judge] to which objection is made." In the instant case, the defendant has filed only general, non-specific objections to the magistrate judge's recommendations. He does not point to any specific error in the magistrate judge's factual findings or in his application of the law to the facts. Thus, the defendant's objections are insufficient to trigger *de novo* review by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation and the Memorandum, Order and Recommendation of United States Magistrate Judge Terry I. Adelman are sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motions of defendant Mark Edwin Shores to suppress evidence and statements [Doc. #24], to suppress evidence in superceding indictment [Doc. #38], to dismiss Count VI of the indictment [Doc. #23], and to compel disclosure of or, alternatively, to produce the confidential informant [Doc. #22] are **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of May, 2011.